**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38494 |
| | § | |
| DARION J COLLIER | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/29/2015, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/31/2015                    By:  /s/ David P. Leibowitz
                                                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38494 |
| | § | |
| DARION J COLLIER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $10,986.00
*and approved disbursements of*     $5,006.60
*leaving a balance on hand of[1]:*     $5,979.40

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,979.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,350.92 | $0.00 | $1,350.92 |
| David P. Leibowitz, Trustee Expenses | $2.86 | $0.00 | $2.86 |

Total to be paid for chapter 7 administrative expenses:     $1,353.78
Remaining balance:     $4,625.62

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,625.62

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $4,625.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $74,421.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | $2,305.86 | $0.00 | $143.32 |
| 2 | Navient Solutions Inc. on behalf of | $72,115.91 | $0.00 | $4,482.30 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $4,625.62 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in

UST Form 101-7-NFR (10/1/2010)

full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Darion J Collier  
    Debtor

Case No. 14-38494-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 1     Date Rcvd: Sep 01, 2015  
                               Form ID: pdf006     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2015.

```
db              +Darion J Collier,    737 S Kenneth Avenue,    Apt 3,    Chicago, IL 60624-3449
22557860        +Bank of America,    1701 River Oaks Drive,    Calumet City, IL 60409-5053
22557857       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     P.O. Box 85520,    Richmond, VA 23285)
23161787         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
22557869        +Certegy,    100 2nd Avenue-South,    St. Petersburgh, FL 33701-4360
22557863        +City of Chicago,    330 N, Wabash Avenue,    Chicago, IL 60611-3586
22557858        +DPT ED/SLM,    11100 USA Pkwy,    Fishers, IN 46037-9203
22557866        +Equifax Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
22557867        +Experian Bankruptcy Dept.,    P 0 Box 2002,    Allen, TX 75013-2002
22557862        +Mount Sinai Hospital,    1500 S. Fairfield Avenue,    Chicago, IL 60608-1782
23190143         Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                  Wilkes-Barre PA. 18773-9635
22557859        +Sprint,    2850 N, Broadway Avenue,    Chicago, IL 60657-6017
22557864         TMobile,    1856 Sibley-Blvd,    Calumet City, IL 60409
22557868        +Trans Union Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
22557856        +WFDS/WDS,    P.O. Box 1697,    Winterville, NC 28590-1697
22557861         West Suburban Medical Center,    3 Eene Court,    Oak Park, IL 60302
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22557870        +E-mail/Text: susan.macknowski@aspirefcu.org Sep 02 2015 02:05:56
                  Aspire Federal Credit Union,    67 Walnut Avenue,    Clark, NJ 07066-1696
22557865        +Fax: 602-659-2196 Sep 02 2015 04:13:58      Chex System,    7805 hudson Rd,
                  Woodberry, MN 55125-1703
22557855        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 02 2015 02:04:37      Midland Funding,    8875 Aero Dr.,
                  Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2015                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2015 at the address(es) listed below:  
        David P Leibowitz, ESQ    dleibowitz@lakelaw.com,  
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net  
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
                                                                                                                                                                          TOTAL: 2