**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38494 |
| | § | |
| DARION J COLLIER | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,050.00 |
| Total Distributions to Claimants: | $4,625.62 | Claims Discharged Without Payment: | $163,651.15 |
| Total Expenses of Administration: | $1,383.57 | | |

3)      Total gross receipts of $10,986.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,976.81 (see **Exhibit 2**), yielded net receipts of $6,009.19 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,383.57 | $1,383.57 | $1,383.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $107,196.00 | $74,421.77 | $74,421.77 | $4,625.62 |
| **Total Disbursements** | $107,196.00 | $75,805.34 | $75,805.34 | $6,009.19 |

4). This case was originally filed under chapter 7 on 10/23/2014. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/28/2015          By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1224-000 | $10,986.00 |
| **TOTAL GROSS RECEIPTS** | | $10,986.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DARION COLLIER | Exemptions | 8100-002 | $4,976.81 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,976.81 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,350.92 | $1,350.92 | $1,350.92 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.86 | $2.86 | $2.86 |
| Adams Levin | 2300-000 | NA | $6.56 | $6.56 | $6.56 |
| Green Bank | 2600-000 | NA | $23.23 | $23.23 | $23.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,383.57 | $1,383.57 | $1,383.57 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank | 7100-000 | $2,278.00 | $2,305.86 | $2,305.86 | $143.32 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | (USA), N.A. | | | | | |
| 2 | Navient Solutions Inc. on behalf of | 7100-000 | $11,063.00 | $72,115.91 | $72,115.91 | $4,482.30 |
| | ASPIRE FEDERAL CREDIT UNION | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
| | BANK OF AMERICA | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | CERTEGY | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CHEX SYSTEM | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CITY OF CHICAGO | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| | DPL ED/SLM | 7100-000 | $2,427.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $7,808.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $4,854.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $4,854.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $8,120.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $3,844.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $4,233.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $1,934.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $1,934.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $4,113.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $6,591.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $3,575.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $3,676.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $2,383.00 | $0.00 | $0.00 | $0.00 |
| | DPT ED/SLM | 7100-000 | $3,747.00 | $0.00 | $0.00 | $0.00 |
| | EQUIFAX BANKRUTPCY DEPT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | EXPERIAN BANKRUPTCY DEPT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $1,295.00 | $0.00 | $0.00 | $0.00 |
| | MOUNT SINAI HOSPITAL | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| | SPRINT | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | TMOBILE | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | TRANSUNION BANKRUPTCY DEPT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | WEST SUBURBAN MEDICAL CENTER | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| WFDS/WDS | 7100-000 | $9,867.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $107,196.00 | $74,421.77 | $74,421.77 | $4,625.62 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 14-38494-JBS | |
| **Case Name:** | COLLIER, DARION J | |
| **For the Period Ending:** | 11/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 10/23/2014 (f) |
| **§341(a) Meeting Date:** | 12/08/2014 |
| **Claims Bar Date:** | 06/25/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 | 2014 Tax Refund (u) | $2,900.00 | Unknown | | $10,986.00 | FA |
| 2 | CHASE BANK CHECKING ACCOUNT 3032 N CLARK CHICAGO, IL 60601 | $900.00 | $0.00 | | $0.00 | FA |
| 3 | FURNITURE | $200.00 | $0.00 | | $0.00 | FA |
| 4 | CLOTHING | $50.00 | $0.00 | | $0.00 | FA |

| | | | | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | **Gross Value of Remaining Assets** | |
| | $4,050.00 | $0.00 | $10,986.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/29/2015 | TFR prepared |
| 03/27/2015 | Review Claims and Prepare TFR |
| 03/25/2015 | PREPARE OBJECTION TO CLAIMED EXEMPTIONS |
| 03/24/2015 | Received amended Schedule C, Debtor incorrectly used the wildcard exemption.  Justin to object. |
| 03/24/2015 | Received amended Schedule C, Debtor incorrectly used the wildcard exemption.  Justin to object. |
| 01/23/2015 | Documents reviewed nothing of interest.  Will monitor for Tax Refund. |
| 12/24/2014 | Tax Intercept Completed |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/29/2015 |
| **Current Projected Date Of Final Report (TFR):** | 06/29/2015 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 14-38494-JBS | |
| **Case Name:** | COLLIER, DARION J | |
| **Primary Taxpayer ID #:** | **-***8872 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/23/2014 | |
| **For Period Ending:** | 11/28/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******9401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/27/2015 | (1) | United States Treasury | Unscheduled tax refund | 1224-000 | $10,986.00 | | $10,986.00 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.57 | $10,985.43 |
| 03/31/2015 | 3001 | Adams Levin | Bond Payment | 2300-000 | | $6.56 | $10,978.87 |
| 04/09/2015 | 3002 | DARION COLLIER | Entitled Portion of Tax Refund | 8100-002 | | $4,976.81 | $6,002.06 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.00 | $5,989.06 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.66 | $5,979.40 |
| 10/01/2015 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,350.92 | $4,628.48 |
| 10/01/2015 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.86 | $4,625.62 |
| 10/01/2015 | 3005 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 2,305.86; Amount Allowed: 2,305.86; Distribution Dividend: 6.22; | 7100-000 | | $143.32 | $4,482.30 |
| 10/01/2015 | 3006 | Navient Solutions Inc. on behalf of | Claim #: 2; Amount Claimed: 72,115.91; Amount Allowed: 72,115.91; Distribution Dividend: 6.22; | 7100-000 | | $4,482.30 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $10,986.00 | $10,986.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $10,986.00 | $10,986.00 | |
| **Less: Payments to debtors** | $0.00 | $4,976.81 | |
| **Net** | $10,986.00 | $6,009.19 | |

**For the period of 10/23/2014 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,986.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,986.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,009.19 |
| Total Non-Compensable Disbursements: | $4,976.81 |
| Total Comp/Non Comp Disbursements: | $10,986.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2015 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,986.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,986.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,009.19 |
| Total Non-Compensable Disbursements: | $4,976.81 |
| Total Comp/Non Comp Disbursements: | $10,986.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 14-38494-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | COLLIER, DARION J | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***8872 | **Checking Acct #:** ******9401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/23/2014 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 11/28/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $10,986.00 | $10,986.00 | $0.00 |

**For the period of 10/23/2014 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,986.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,986.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,009.19 |
| Total Non-Compensable Disbursements: | $4,976.81 |
| Total Comp/Non Comp Disbursements: | $10,986.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/23/2014 to 11/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $10,986.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,986.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,009.19 |
| Total Non-Compensable Disbursements: | $4,976.81 |
| Total Comp/Non Comp Disbursements: | $10,986.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ